In the Matter of the BOARD OF SUPERVISORS OF WEST-CHESTER COUNTY, Respondent, Relative to the Acquisition of Lands for the Mt. Kisco-Bedford County Highway.

JOSEPH C. BALDWIN, Appellant.

(Argued January 8, 1936; decided January 21, 1936.)

*Chester B. McLaughlin, Lester D. Stickles* and *Benjamin J. Brown* for appellant. The award should be set aside because the commissioners of appraisal were not disinterested. (*Rensselaer County Agricultural Soc.* v. *Weatherwax,* 229 App. Div. 30; *Adirondack Power & Light Corp.* v. *Prodger,* 121 Misc. Rep. 280; *County of Orange* v. *Storm King Stone Co.,* 229 N. Y. 460.)

*William A. Davidson, County Attorney* (*Frank J. Claydon* of counsel), for respondent. The commissioners of appraisal were wholly disinterested. (*Matter of City of Rochester,* 234 App. Div. 583.)

*Per Curiam.* We find no substantial error of law in the proceedings, and the finding of damage by the commissioners is conclusive. The question of whether one or more of the commissioners may have received greater compensation and allowance for expenses than the law allows is not directly presented upon this appeal. It does not appear that more was asked or allowed than the parties assumed was authorized by law and error there would not disqualify the commissioners as matter of law. Even though there may be justifiable criticism in regard to some matters connected with the proceeding no actual bias or interest has been conclusively shown.

The order should be affirmed, with costs.

CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ., concur.

Order affirmed.